**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00CV3968-CIV (Seitz)

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| Plaintiff, | ) | Civil Action No. IP 95-536-C-B/S |
| v. | ) | Southern District of Indiana |
| ZENITH LABORATORIES, INC., | ) | |
| Defendant. | ) | |

FILED BY ___ D.C.
2000 NOV 20 AM 10: 12
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**ORDER**

This third-party discovery dispute arose in connection with an action pending in the United States District Court for the Southern District of Indiana, *Eli Lilly and Company v. Zenith Laboratories, Inc.*, Civil Action No. IP 95-536-C-B/S. On October 12, 2000, Lilly served deposition notices and subpoenas issued by this District on IVAX Corporation, Phillip Frost and Richard Pfenniger, seeking (i) from IVAX certain documents and a Rule 30(b)(6) deposition, and (ii) the depositions of Frost and Pfenniger.

On October 19, 2000, IVAX, Frost and Pfenniger moved for a protective order and to quash or to modify the Lilly subpoenas. On October 20, 2000, Lilly moved to compel compliance with its subpoenas. On November 1, 2000, the parties filed memoranda in opposition. The Court heard oral argument on November 2, 2000.

Upon consideration of the parties' motions, their memoranda, and the arguments of counsel in open court, and for good cause show, it is ORDERED that:

10

- the motion by IVAX, Frost and Pfenniger for a protective order and to quash or modify the Lilly subpoenas is DENIED; and
- Lilly's motion to compel compliance with its subpoenas is GRANTED, except that IVAX shall have until December 4, 2000 to comply with the subpoena served on it, and Frost and Pfenniger shall have until December 15, 2000 to comply with the subpoena served on each of them.

Let the Clerk send copies of this Order to counsel of record.

Dated: November 17th, 2000

Barry L. Garber
United States Magistrate Judge

I ask for this:

Lewis F. Powell III
Counsel for Eli Lilly and Company

Seen and objected to:

Alexander Angueira
Counsel for IVAX Corporation, Phillip Frost and Richard Pfenniger