CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-3968-CIV-SEITZ/GARBER

ELI LILLY & CO.,

Plaintiff,

v.

ZENITH LABORATORIES, INC.,

Defendant.
_______________________________/

FILED by ___ D.C.
OCT 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER**

THIS CAUSE is before the Court *sua sponte*. On November 17, 2000, Magistrate Judge Barry L. Garber entered an Order denying the motion by IVAX, Frost and Pfenniger for a protective order and to quash or modify the Lilly subpoenas, and granting Lilly's motion to compel compliance with its subpoenas. [DE - 10]. As Judge Garber's Order addressed all issues raised in the Complaint [DE - 1], and no further action has been taken in this case since November 17, 2000, it is hereby

ORDERED that this case is CLOSED.

DONE and ORDERED in Miami, Florida this 17th day of October, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:

Richard B. Jackson, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W. Flagler Street
Suite 2200
Miami, FL 33130
fax 305-789-3395

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

11